Keith JOHNSTON, Movant,

v.

STATE of Missouri, Respondent.

No. 63788.

Missouri Court of Appeals,
Eastern District,
Division One.

May 24, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J. and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Keith E. Johnston, appeals from the denial of his Rule 29.15 motion after an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Randall JAMES, Appellant.

Randall JAMES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 45562, WD 48002.

Missouri Court of Appeals,
Western District.

May 24, 1994.

Rehearing Denied June 28, 1994.

Susan M. Hunt, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

*ORDER*

PER CURIAM.

Randall James appeals from judgment entered finding him guilty of assault in the first degree, in violation of § 565.050, RSMo 1986, and armed criminal action, in violation of § 571.015.1, RSMo 1986. James was sentenced to concurrent terms of twenty years imprisonment on each count. Defendant James also appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

The judgments are affirmed. Rules 30.-25(b) and 84.16(b).